UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:24-CR-416-L |
| | § | |
| NAASSON HAZZARD | § | |

### DEFENDANT'S MOTION TO PERMIT SUBSEQUENT PRE-TRIAL MOTIONS

TO THE HONORABLE SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

COMES NOW the Defendant, NAASSON HAZZARD, by and through undersigned counsel and files this his Motion to Permit Subsequent Pretrial Motions. In support of said motion, the Defendant would show unto the Court as follows:

I.

The undersigned was appointed to represent the Defendant in this matter on September 4, 2024. Doc. 10. On October 1, 2024 the Defendant was indicted in a single count indictment with one count of Kidnapping Resulting in a Death in violation of 18 U.S.C. § 1201(a)(1). Doc. 16. On October 3, 2024 the Court entered a scheduling order in this matter setting the case for trial on December 3, 2024 which is within seventy days from the date of indictment. The scheduling order also ordered the parties to file motions by October 18, 2024. Doc. 19.

As of this filing, the Defense has not received full discovery in this case. The Government's production to date has included many hours of relevant police body camera footage, numerous search warrant documents and related records, police reports related to the case, and other relevant

materials.[1] The Government has also made certain discovery available for review in their office only and the undersigned has spent multiple hours in their office reviewing that material. The undersigned would characterize all of this production as extensive and would also note that opposing counsel has been clear that discovery in this matter will be made on a rolling basis and that every effort will be made to get the material to the defense as quickly as possible. The undersigned believes that opposing counsel is doing everything within her power to quickly and appropriately comply with the Government's discovery obligations.

## II.

While the undersigned believes that the Government is being fully forthcoming with the discovery information that they have in this case and is not seeking to hide discovery from the defense, the fact remains that as of today's pre-trial motions deadline they have not produced all of the evidence that they will seek to offer in their case in chief at trial. Therefore, it is impossible for the Defendant to meet his obligation to file timely motions for various relief including suppression of evidence until such time as the evidence can be examined and evaluated. This leaves the Defendant with two choices - waive his right to a speedy trial and thus encumber a fundamental right under the Constitution, or request that the Court permit the subsequent filing of pre-trial motions after today's deadline. As the Defendant does not wish to waive his right to a speedy trial, the defense seeks the latter relief.

In light of the remaining uncertainties about these and other issues in the Government's case, the defense would ask that it be allowed to file additional pre-trial motions after today's deadline but prior to November 19, 2024 about any matter that arises after the filing of this motion based on new

---

[1] Since its production, the undersigned has completed an initial review all of this material.

**MOTION TO PERMIT SUBSEQUENT PRE-TRIAL MOTIONS** Page - 2

information from the Government. The undersigned has communicated with AUSA Wade regarding this motion who has advised that the Government is unopposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this motion be GRANTED and that the Court permit the defense to file additional pretrial motions as needed subsequent to this date based on new information from the Government.

Respectfully Submitted,

/s/ Paul T. Lund

_____
Paul T. Lund
State Bar No. 24070185
900 Jackson Street, Suite 330
Dallas, Texas 75202
Phone: 214-871-4900
Fax: 214-613-1067
Attorney for Defendant
Naasson Hazzard

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Brandie Wade, the Assistant United States Attorney in charge of this case, on this the 18th day of October 2024.

/s/ Paul T. Lund

_____
PAUL T. LUND

## CERTIFICATE OF CONFERENCE

Prior to filing this motion, the undersigned conferred with AUSA Brandie Wade, the prosecutor assigned to this case. AUSA Wade has advised that the Government is unopposed to the granting of this motion.

**MOTION TO PERMIT SUBSEQUENT PRE-TRIAL MOTIONS** Page - 3

*/s/ Paul T. Lund*

_____
PAUL T. LUND