IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAASSON HAZZARD | NO. 3:24-CR-416-L |

## PROTECTIVE ORDER LIMITING DISCLOSURE OF DISCOVERY MATERIALS

Before the court is the Government's Unopposed Motion for a Protective Order for Limited Disclosure of Discovery Materials ("Motion") (Doc. 27), filed on October 25, 2024. The court finds that good cause has been established to limit discovery in this case and that this Protective Order is a reasonable measure that protects the rights of Defendant, the public, and witnesses involved in this case. After consideration, the court determines that the Motion should be and is hereby **granted**. Therefore, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the court hereby **orders** the following:

That any discovery materials (or any copies thereof) provided by the Government to the defense be subject to the following conditions:

a. The discovery materials will not be copied, except to the extent needed as trial exhibits or as counsel's working copies.

b. The discovery materials will not be shared outside of Defendant's counsel's office, defense expert's office, or correctional facility library with any person not employed by, or an agent of, Defendant's counsel.

**Protective Order Limiting Disclosure of Discovery Materials—Page 1**

    c.    The discovery materials will not be provided to Defendant, except that Defendant's counsel, or agent of Defendant's counsel, may show them to Defendant as described in subpart (b).

    d.    The discovery materials will not be provided to a witness, except that Defendant's counsel, or agent of Defendant's counsel, may show them to a witness as described in subpart (b).

    e.    Defendant, Defendant's counsel, or any agent thereof, is prohibited from disseminating any of these materials or disclosing any information contained therein to anyone besides this court, the parties to this case, or a witness.

**It is hereby ordered** this 28th day of October, 2024.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge