UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:24-CR-416-L |
| | § | |
| NAASSON HAZZARD | § | |

## DEFENDANT HAZZARD'S WITNESS LIST

TO THE HONORABLE SAM A. LINDSAY, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

Comes Now NAASSON HAZZARD, Defendant in the above styled and numbered cause and submits his list of witnesses.

### POSSIBLE FACT WITNESSES

| | |
|---|---|
| Roxanna Hazzard | Wife of the Defendant |
| Santiago Moya | Private Investigator and former FBI Agent |

### POSSIBLE EXPERT WITNESS

| | |
|---|---|
| Dan Fitzgerald | Computer Forensic Expert who will testify about the contents of AV1's phone. A more detailed summary of the testimony will be provided when all data from the phone has been turned over to the defense and Mr. Fitzgerald has examined it. |

Defendant Hazzard also reserves the right to call any witness on the Government's witness list, may decide to testify in his own defense, and may seek to supplement this list upon further investigation.

Respectfully Submitted,

**DEFENDANT HAZZARD'S WITNESS LIST - PAGE 1**

/s/ Paul T. Lund
PAUL T. LUND
State Bar No. 24070185
900 Jackson Street, Suite 330
Dallas, Texas 75202
Phone (214) 871-4900
Fax (214) 613-1067
Email: plund@bp-g.com
Attorney for Defendant
Naasson Hazzard

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant Hazzard's Witness List was served upon AUSA Brandie Wade by electronic filing in this case on December 17, 2024.

/s/ Paul T. Lund
PAUL T. LUND

**DEFENDANT HAZZARD'S WITNESS LIST - PAGE 2**